### HOOPS v. PARSONS.

September 10, 1838.

*Point reserved.*

Materials furnished January 22d, and claim therefor filed July 23d in the same year: *Held*, that this was not a filing at or before the expiration of six months, under the act relating to *mechanics' liens.*

THIS was a mechanic's claim for materials furnished on the 22d of January, and the claim was filed July 23d, of the same year.   On subsequent proceedings, the question was presented whether under the act relating to mechanics' liens, the claim had been filed at or before the expiration of six months, after the materials furnished.   (*Stroud's Purd. tit. Mechanics' lien.*)

*Hood*, said the filing was in time.   In *Hob.* 139, it is held that the day of the date of an agreement, for a bargain and sale, to take effect in a given time, is not computed as a part of the time, and the day of the doing of an act is not counted.   1 *Pickering* 485.

*J. A. Phillips*, contra, cited 2 *Watts* 284.

The Court said the filing of the claim was too late.